No. 992. DAVID ATKINS *v.* STATE OF OHIO. Error to the Supreme Court of the State of Ohio. Argued April 28, 1927. Decided May 2, 1927. *Per Curiam.* Writ of error dismissed under § 237 of the Judicial Code as amended by the Act of Feburary 13, 1925, 43 Stat. 936, and, treating the writ of error as an application for a writ of certiorari, certiorari is denied. *Mr. E. L. Mills,* with

whom *Messrs. Smith W. Bennett* and *T. J. Denkenherd* were on the brief, for plaintiff in error. *Messrs. Edward C. Turner, Henry W. Harter, Jr.,* and *C. B. McClintock* were on the brief for the State of Ohio.